IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICKA NELLON,<br><br>    Plaintiff,<br><br>  v.<br><br>COMPONENT FABRICATORS, INC. dba LEGEND FITNESS and DOES 1-5,<br><br>    Defendant. | Civil Action No. 1:19-cv-12318 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Fredericka Nellon filed the above-referenced case against Defendant Component Fabricators, Inc. on November 12, 2019.

2. Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

4. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks dismissal of the complaint with prejudice.

Dated: March 27, 2020         Respectfully Submitted,

*/s/ Jason M. Leviton*
Jason M. Leviton, Esq.
**BLOCK & LEVITON, LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600

Benjamin J. Sweet
**THE SWEET LAW FIRM, P.C.**
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243

*Attorneys for Plaintiff Fredericka Nellon*